UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK SUPINGER,

        Plaintiff,

     v.

KELSTIN GROUP, INC., et al.,

        Defendants.

Case No.  17-cv-05866-CW

CONDITIONAL ORDER OF DISMISSAL

     The Court having been advised that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The further case management conference, pre-trial conference and jury trial dates are vacated.

Dated: May 29, 2018



_____
CLAUDIA WILKEN
United States District Judge